IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TRAVCO INSURANCE COMPANY,           )
                                    )
      Plaintiff,                    )
                                    )
v.                                  )   Civil Action No. 3:22cv135–HEH
                                    )
TROY PATTESON, *et al.*,            )
                                    )
      Defendants.                   )

## FINAL ORDER

THIS MATTER is before the Court on a Joint Stipulation of Voluntary Dismissal with Prejudice (ECF No. 26) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

                                                               /s/
                                    Henry E. Hudson
                                    Senior United States District Judge

Date: August 8, 2022
Richmond, VA